No. 11–1255. SUFFOLK COUNTY, NEW YORK, ET AL. v. FIELD DAY, LLC, FKA NEW YORK MUSIC FESTIVAL, LLC, ET AL. C. A.

2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.